IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:10cr248-MHT
                            )            (WO)
MIGUEL VELAZQUEZ, a.k.a     )
     ALVARO LOPEZ           )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered September 2, 2015, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Miguel Velazquez's motion for retroactive application of sentencing guidelines (doc. no. 58) is granted.

(2) Defendant Velazquez's motion for appointment of counsel (doc. no. 58) is denied as moot.

(3) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Velazquez's previously imposed sentence of imprisonment of 87 months is reduced to 70 months.

(4) This order will not be effective until November 1, 2015.

DONE, this the 3rd day of September, 2015.

                                                /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**